# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Nicole Lynn Martini

Case No. 19-43693
Chapter 13

Debtor(s).

## APPLICATION FOR DISMISSAL OF CHAPTER 13 CASE

1. This bankruptcy case was commenced by petition filed by the Debtor(s) under Chapter 13 on December 6, 2019. Dismissal of this case by the Debtor is allowed under Section 1307(b) of the Bankruptcy Code, Rule 1017 of the Federal Rules of Bankruptcy Procedure and Rule 310 of the Local Rules of the Bankruptcy Court for the District of Minnesota.

2. The Debtor(s) hereby files this Application for Dismissal and dismisses this case under Section 1307(b) of the Bankruptcy Code.

WHEREFORE, the Debtor(s) request(s) that this Chapter 13 bankruptcy be dismissed.

Dated: May 27, 2022

LIFEBACK LAW FIRM, P.A.

/e/ WESLEY W. SCOTT #0264787
Attorney for Debtor
13 7th Ave South
Saint Cloud, MN 56303
(800) 551-3292
wes@lifebacklaw.com

*Nicole Lynn Martini*          05/27/2022

_____
Nicole Lynn Martini          Date