**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Nicole Lynn Martini

Case No: 19–43693 – KLT

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The debtor, Nicole Lynn Martini, has filed a written request for dismissal of the case. After notice and hearing, or no notice or hearing being necessary, the court has determined that the case as to Nicole Lynn Martini should be dismissed and the following order entered under 11 U.S.C. § 1307(b).

IT IS THEREFORE ORDERED:

The case is dismissed as to Nicole Lynn Martini under 11 U.S.C. §§ 349 and 1307.

Dated: 6/2/22

Kesha L Tanabe
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on June 2, 2022
Tricia Pepin  Clerk, United States Bankruptcy Court
By: KariAnn Deputy Clerk

mnbods13 – 7/15