**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

Nicole Lynn Martini

Case No: 19–43693 – KLT

Debtor(s)

Chapter 13 Case

**ORDER AND NOTICE OF DISMISSAL**

The debtor, Nicole Lynn Martini, has filed a written request for dismissal of the case. After notice and hearing, or no notice or hearing being necessary, the court has determined that the case as to Nicole Lynn Martini should be dismissed and the following order entered under 11 U.S.C. § 1307(b).

IT IS THEREFORE ORDERED:

The case is dismissed as to Nicole Lynn Martini under 11 U.S.C. §§ 349 and 1307.

Dated: 6/2/22

Kesha L Tanabe
United States Bankruptcy Judge

> NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
> Filed and docket entry made on June 2, 2022
> Tricia Pepin  Clerk, United States Bankruptcy Court
> By: KariAnn Deputy Clerk

mnbods13 – 7/15

United States Bankruptcy Court

District of Minnesota

In re:     Case No. 19-43693-KLT

Nicole Lynn Martini     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: admin     Page 1 of 3
Date Rcvd: Jun 02, 2022     Form ID: mnbods13     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicole Lynn Martini, 8966 Comstock Lane N, Osseo, MN 55311-1515 |
| intp | + | Toyota Motor Credit Corporation, Wilford Geske & Cook, P.A., 7616 Currell Blvd, Suite 200, Woodbury, MN 55125-2296 |
| 62404854 | + | Black Ridge Dental Center, 13800 83rd Way N Ste 100, Osseo MN 55369-7016 |
| 62417182 | + | CC&S, 6300 Shingle Creek Pky Ste 305, Minneapolis MN 55430-2153 |
| 62404856 | + | Colltech, Inc, 3030 Harbor Lane N Ste 100, Minneapolis MN 55447-5122 |
| 62404857 | | Corey Sandberg, Osseo MN 55311 |
| 62404858 | + | Corner Home Medical, 2730 Nevada Ave N, New Hope MN 55427-2946 |
| 62404860 | + | EPPA, NW 6438, PO Box 1450, Minneapolis MN 55485-1450 |
| 62409780 | + | F, 400 STINSON BLVD NE, MINNEAPOLIS, MN 55413-2613 |
| 62404861 | #+ | Grandchamp & Guyette, PLLC, 1000 Twelve Oaks Center Dr, Ste 100, Wayzata MN 55391-4704 |
| 62404863 | + | Jenson & Co. CPA Advisors, 11850 Fountains Way, #200, Maple Grove MN 55369-7203 |
| 62408487 | + | Luminess Air, 12802 Capricorn Dr, Stafford TX 77477-3913 |
| 62404865 | | M Health Fairview, PO Box 860633, Minneapolis MN 55486-0633 |
| 62404869 | | MN Diagnostice Imaging PTR, PO BOX 371863, Pittsburgh PA 15250-7863 |
| 62404867 | + | Minneapolis Radiology, PO BOX 371863, Pittsburgh PA 15250-7863 |
| 62404870 | + | Myriad Neuroscience, PO Box 645685, Cincinnati OH 45264-5685 |
| 62404871 | | North Memorial Ambulance, PO Box 9119, Minneapolis MN 55480-9119 |
| 62404872 | + | Nystrom & Associates, 1900 Silver Lake Rd #110, New Brighton MN 55112-1789 |
| 62404873 | + | Orthology, 5995 Opus Pkwy Ste 200, Hopkins MN 55343-9058 |
| 62404874 | + | Park Dental, PO BOX 860588, Minneapolis MN 55486-0524 |
| 62404875 | + | Park Nicollet Clinic, PO BOX 9158, Minneapolis MN 55480-9158 |
| 62433241 | + | Rebecca Guyette, 1000 Twelve Oaks Center Drive Suite #100, Wayzata, MN 55391-4704 |
| 62433240 | + | Rebecca J. Guyette, 1000 Twelve Oaks Center Drive Suite #100, Wayzata, MN 55391-4704 |
| 62417534 | | STATE OF MINNESOTA, DEPT OF REVENUE, PO BOX 64447 - BKY, ST PAUL MN 55164-0447 |
| 62404876 | | Synch Bank, Becker Furniture, PO BOX 965064, Becker MN 55308 |
| 62404877 | | Synch Bank, Mattress Firm, PO BOX 965064, Becker MN 55308 |
| 62404879 | + | Twin Ciities Orthopedics, 4010 W 65th St, Edina MN 55435-1706 |
| 62404881 | + | Voyage Healthcare, PO BOX 16800, Minneapolis MN 55416-0800 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | EDI: MINNDEPREV.COM | Jun 03 2022 01:48:00 | Minnesota Department of Revenue, Bankruptcy Section, PO Box 64447, St Paul, MN 55164-0447 |
| smg | + | Email/Text: ustpregion12.mn.ecf@usdoj.gov | Jun 02 2022 21:45:00 | US Trustee, 1015 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| smg | + | Email/Text: USAMN.BNC.Bankruptcy@usdoj.gov | Jun 02 2022 21:45:00 | United States Attorney, 600 US Courthouse, 300 S 4th St, Minneapolis, MN 55415-3070 |
| 62404853 | + | Email/Text: pfahey@amaccts.com | Jun 02 2022 21:46:00 | American Accounts, 7460 80th St South, Cottage Grove MN 55016-3007 |
| 62404855 | + | EDI: CAPITALONE.COM | Jun 03 2022 01:48:00 | Capital One, PO BOX 30273, Salt Lake City UT |

Case 19-43693   Doc 34   Filed 06/04/22   Entered 06/04/22 23:25:49   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0864-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: mnbods13 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date | Recipient |
|---|---|---|---|---|
| | | | | 84130-0273 |
| 62404859 | + | Email/Text: lisamoore@creditoradvocates.com | Jun 02 2022 21:46:00 | Creditor Advocates, Inc., 1551 Southcross Dr W, Ste C, Burnsville MN 55306-6938 |
| 62404862 | | EDI: IRS.COM | Jun 03 2022 01:48:00 | Internal Revenue Service, Centralized Insolvency, PO Box 7346, Philadelphia PA 19101-7346 |
| 62455130 | | EDI: JEFFERSONCAP.COM | Jun 03 2022 01:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 62404864 | | Email/Text: PBNCNotifications@peritusservices.com | Jun 02 2022 21:45:00 | Kohls/Capital One, PO Box 3120, Milwaukee WI 53201-3120 |
| 62404868 | + | EDI: MINNDEPREV.COM | Jun 03 2022 01:48:00 | MN Dept of Revenue, Attn: Denise Jones, PO Box 64447, Saint Paul MN 55164-0447 |
| 62404866 | | Email/Text: bankruptcy.notices@northmemorial.com | Jun 02 2022 21:46:00 | Maple Grove Hospital, PO BOX 1640, Minneapolis MN 55480-1640 |
| 62450454 | | EDI: Q3G.COM | Jun 03 2022 01:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 62404878 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 02 2022 21:46:00 | Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids IA 52409 |
| 62433078 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 02 2022 21:45:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 62404880 | + | EDI: WFNNB.COM | Jun 03 2022 01:48:00 | Ulta Beauty, PO BOX 659820, San Antonio TX 78265-9120 |
| 62404882 | + | EDI: WFFC.COM | Jun 03 2022 01:48:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines IA 50328-0001 |
| 62450622 | | EDI: WFFC.COM | Jun 03 2022 01:48:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 62404883 | | Xfinity Mobile |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2022          Signature:        /s/Gustava Winters

| District/off: 0864-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 02, 2022 | Form ID: mnbods13 | Total Noticed: 45 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gregory A Burrell | on behalf of Trustee Gregory A Burrell cmecfjzkmn@ch13mn.com |
| Gregory A Burrell | cmecfjzkmn@ch13mn.com |
| Orin J. Kipp | on behalf of Interested Party Toyota Motor Credit Corporation okipp@wgcmn.com dkbenson@wgcmn.com;lfrancis@wgcmn.com;jockwig@wgcmn.com;dmckinnon@wgcmn.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |
| Wesley W. Scott | on behalf of Debtor 1 Nicole Lynn Martini samantha@lifebacklaw.com ScottWR72722@notify.bestcase.com |

TOTAL: 5